**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6721**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES PRESTON FRYE,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CR-01-167)

───────────────

Submitted:  July 24, 2003          Decided:  July 31, 2003

───────────────

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed in part and dismissed in part by unpublished per curiam opinion.

───────────────

James Preston Frye, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Preston Frye appeals the district court's order denying his motion for release while his proceeding under 28 U.S.C. § 2255 (2000) is pending, and his motion for appointment of counsel in that proceeding.

As to Frye's motion for release, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Frye</u>, No. CR-01-167 (E.D. Va. Apr. 22, 2003).

As to Frye's motion for appointment of counsel, the district court's order denying the motion is neither a final order nor an appealable interlocutory or collateral order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). Accordingly, we dismiss this part of the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED IN PART; DISMISSED IN PART</u>

2